# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SCOTT HENSLEY,       )
      )
      )
      Plaintiff,       )
      )
      v.       )       Civil Case No. 10-636 (RJL)
      )
OFFICE OF THE ARCHITECT OF       )
THE CAPITOL,       )
      )
STEPHEN AYERS, the Architect of the       )
Capitol, in his personal capacity,       )
      )
REBECCA TISCIONE, a retired       )
employee of the Architect of the       )
Capitol, in her personal capacity,       )
      )
EVELYN GOODWIN, an employee of       )
the Architect of the Capitol, in her       )
personal capacity,       )
      )
TONDA CAVE, an employee of the       )
Architect of the Capitol, in her personal       )
capacity,       )
      )
EDGARD MARTINEZ, an employee of       )
the Architect of the Capitol, in his       )
personal capacity,       )
      )
WILLIAM WEIDMEYER, an       )
employee of the Architect of the       )
Capitol, in his personal capacity,       )
      )
and       )
      )
WILLIAM MILLER, an employee of       )
the Architect of the Capitol, in his       )
personal capacity,       )
      )
      Defendants.       )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 23rd day of August, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#9] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge